F1DMa1463290

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**SECRET**

FILED

08 MAR 26 PM 12:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA
V.
Randal Mark Panter (5)

## WARRANT FOR ARREST

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Randal Mark Panter (5)
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.                Clerk of the Court
Name of Issuing Officer               Title of Issuing Officer

_[signature]_                         March 7, 2008   San Diego, CA
Signature of Deputy                   Date and Location

Bail fixed at $ _____  by  The Honorable Cathy A. Bencivengo
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | DATE 3/12/08 | |
| DATE OF ARREST | ARRESTED BY B. Wilson | S/A |
| | STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA BY _[signature]_ | |

CLASS II 'J'                                                    0303

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Randal Mark Panter (5)

**SECRET**

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Randal Mark Panter (5)___
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

A. Everill  (SEAL) | March 7, 2008   San Diego, CA
Signature of Deputy | Date and Location

Bail fixed at $ _____ by ___The Honorable Cathy A. Bencivengo___
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  545 E STREET #22  CHULA VISTA, CALIFORNIA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/12/2008 | J. AXELSSON, S.A. | Julia Axelsson |